W. R. KNEEDLER AND G. A. KNEEDLER V. THE STATE.

No. 18593. Delivered November 18, 1936.
State's Rehearing Granted December 9, 1936.

386

The opinion states the case.

*M. M. Wade,* of Vernon, for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for violating the Sunday Law, punishment being assessed at a fine of twenty dollars against each of the appellants.

The prosecution originated in the County Court of Wilbarger County. The complaint was taken by the acting county attorney of said county. So far as the record before us shows no information was ever filed. Without an information the county court had no jurisdiction. See Art. 29, C. C. P., Ethridge v. State, 76 Texas Crim. Rep., 41; Day v. State, 127 Texas Crim. Rep., 19, 74 S. W. (2d) 699.

The judgment is reversed and the cause remanded.

ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—The State has filed a motion for rehearing, attaching thereto supplemental transcript from which this court is now advised that the prosecution originated in a justice court where appellants were convicted, from which conviction they appealed to the county court. Under such circumstances an information was not required.

It appears that upon the trial in the county court appellants were upon conviction each assessed a fine of $20.00. Article 53, C. C. P., denies appellate jurisdiction to this court in a case which has been appealed from an inferior court to the county court and in the latter court the fine imposed did not exceed one hundred dollars. See cases cited under Note 2, Art. 53, in Vernon's Ann. Texas C. C. P., Vol. 1.

The State's motion for rehearing is granted, the order of reversal is set aside, and the appeal is now dismissed for lack of jurisdiction in this court to entertain it.

*Appeal dismissed.*